IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   Case No. 1:04mc1004

PHILLIP KIMMEL

    Defendant.

---

### ORDER REFUNDING CASH APPEARANCE BOND

    This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

    IT IS THEREFORE **ORDERED** that the $1000.00 appearance bond (receipt J27556) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $1000.00, payable to: Ruthie Kimmel, 420 Dee Moore Road, Selmer, TN 38375; in full refund of the cash appearance bond posted herein.

_JAMES D. TODD_
UNITED STATES DISTRICT JUDGE

DATE: 27 April 2005

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/2/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:04-MC-01004 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Phillip Kimmel
420 Dee Moore Rd.
Selmer, TN 38375

USA
,

Honorable James Todd
US DISTRICT COURT